Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> REDBAND, INC., a California Corporation, dba REDBAND FLOORING, INC., <br><br> Defendant. | Case No.: C09-3240 CRB <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., voluntarily dismiss, without prejudice, their claim against Defendant REDBAND, INC., a California Corporation, dba REDBAND FLOORING, INC. Defendant has neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendant.

/ / /

/ / /

/ / /

1    I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above
2  entitled action, and that the foregoing is true of my own knowledge.
3    Executed this 22nd day of January, 2010, at San Francisco, California.

                                             SALTZMAN & JOHNSON
                                             LAW CORPORATION


                                             By:_____/s/_____
                                                Muriel B. Kaplan
                                                Attorneys for Plaintiffs


IT IS SO ORDERED.

   This case is dismissed without prejudice.


Date:_ January 29, 2010 _                    _____
                                             UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California*