Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>REDBAND, INC., a California Corporation, dba REDBAND FLOORING, INC.,<br><br>    Defendant. | Case No.:   C09-3240 CRB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |
|---|---|

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., voluntarily dismiss, without prejudice, their claim against Defendant REDBAND, INC., a California Corporation, dba REDBAND FLOORING, INC.  Defendant has neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendant.

/ / /

/ / /

/ / /

-1-
**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C09-3240 CRB**

1  I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above
2  entitled action, and that the foregoing is true of my own knowledge.
3  Executed this 22nd day of January, 2010, at San Francisco, California.

4  SALTZMAN & JOHNSON
   LAW CORPORATION
5
6  By:_____/s/_____
7  Muriel B. Kaplan
   Attorneys for Plaintiffs
8

9  IT IS SO ORDERED.
10  This case is dismissed without prejudice.
11
12  Date:  January 29, 2010
13  _____
    UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

-2-
**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C09-3240 CRB**

P:\CLIENTS\FLRCL\Redband Flooring\Pleadings\C09-3240 CRB - Voluntary Dismissal 012210.doc